

# CITATION FOR PETITION

| | 15TH JUDICIAL DISTRICT |
|---|---|
| KATIE JOHNSON | DOCKET NUMBER: C-202210698 B |
| VS | ACADIA PARISH, LOUISIANA |
| GEICO CASUALTY CO | |

Parish of LAFAYETTE

DWAYNE BATISTE
110 GILBERT STREET
LAFAYETTE, LA 70501

You are named as a defendant in the above captioned matter. Attached to this citation is a certified copy of: PETITION, REQUESTS, AND INTERROGATORIES.

You must either comply with the demand contained in the petition or make an appearance either by filling an answer or other pleading in the 15TH JUDICIAL DISTRICT located at P. O. BOX 922, CROWLEY, LA 70527 within the delay provided in the Article 1001 of the Louisiana Code of Civil Procedure under penalty of default.

Article 1001 of the Louisiana Code of Civil Procedure states:

A. A defendant shall file his answer within **twenty-one (21) days** after service of Citation upon him, except as otherwise provided by law.

 If the plaintiff files and serves a Discovery Request with his Petition, the defendant shall file his answer to the petition with **thirty (30) days** after service of the amended petition.

B. When an Exception is filed prior to Answer and is overruled or referred to the merits or is sustained and an Amendment of the Petition ordered, the Answer shall be filed within **fifteen (15) days** after the exception is overruled or referred to the merits, or fifteen (15) days after service of the Amended Petition.

C. The Court may grant additional time for answering.

Article 1151 of the Louisiana Code of Civil Procedure provides in pertinent part:
A defendant shall plead in response to an Amended Petition within the time remaining for pleading to the Original Pleading or with **ten (10) days** after service of the Amended Petition, whichever period is longer, unless the time is extended under Article 1001.

**THE CLERK OF COURT'S STAFF CANNOT PROVIDE LEGAL ADVICE.**

This Citation was issues by the Clerk for the Court for the 15TH JUDICIAL DISTRICT Judicial District Court on the 1ST DAY OF SEPTEMBER 2022.

*Payton Breaux*

ACADIA PARISH DEPUTY CLERK FOR
ROBERT T. "ROBBY" BAROUSSE, CLERK OF COURT

REQUESTED BY: RYAN, WILLIAM

**SERVICE**

GOVERNMENT EXHIBIT 9