UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 6:23-CR-00112-01 |
| VERSUS | JUDGE DAVID C. JOSEPH |
| DWAYNE BATISTE (01) | MAGISTRATE JUDGE DAVID J. AYO |

MINUTES OF COURT:
Change of Plea

| | | | |
|---|---|---|---|
| Date: | Sept.15,2023 | Presiding: Judge David C. Joseph | |
| Court Opened: | 10:04 AM | Courtroom Deputy: | Lisa LaCombe |
| Court Adjourned: | 10:27 AM | Court Reporter: | Cathleen Marquardt |
| Statistical Time: | 23 Minutes | Courtroom: | Courtroom 1 |
| | | Probation Officer: | Jill Wilson |

APPEARANCES

| | | |
|---|---|---|
| LaDonte A Murphy (AUSA) | For | United States of America |
| Cristie Gautreaux Gibbens (AFPD) | For | Dwayne Batiste (01), Defendant |
| Dwayne Batiste (01) | | Defendant (In Custody) |

PROCEEDINGS

Case called for Change of Plea on Indictment.
Defendant sworn and under oath.
Defendant **WAIVED** reading of the Indictment.
Defendant advised of charges, maximum penalties, and rights.
Defendant advised of his right to trial.
Defendant acknowledged understanding of the charges, maximum penalties, and rights.
Defendant is advised of Rule 11 Rights.
Defendant entered a **GUILTY** plea to Count 1 of the Indictment.
Plea of Guilty **ACCEPTED**.

**FILINGS:**
Plea Agreement
Understanding of Maximum Penalty and Constitutional Rights
Elements of the Offense
Stipulation in Support of Guilty Plea
Consent Decree of Forfeiture (2)
Copy of Indictment

Minutes of Change of Plea
September 15, 2023
Page 2

**COMMENTS:**

**IT IS ORDERED** that a Presentence Investigation Report be prepared.

**IT IS ORDERED** that Defendant pay a $100 Special Assessment.

Defendant is continued in U S Marshal custody pending **SENTENCING set for December 15, 2023, at 11:00 AM before Judge David C. Joseph in Lafayette, LA.**