UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO.  6:23-CR-00112-01** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **DWAYNE BATISTE (01)** | **MAGISTRATE JUDGE DAVID J. AYO** |

**MINUTES OF COURT:**
**SENTENCING**

| | | | |
|---|---|---|---|
| Date: | Jan. 17, 2024 | Presiding: Judge David C. Joseph | |
| Court Opened: | 2:39 PM | Courtroom Deputy: | Lisa LaCombe |
| Court Adjourned: | 2:56 PM | Court Reporter: | Cathleen Marquardt |
| Statistical Time: | 17 Minutes | Courtroom: | Courtroom 1 |

**APPEARANCES**

| | | |
|---|---|---|
| LaDonte A Murphy (AUSA) | For | United States of America |
| Cristie Gautreaux Gibbens (AFPD) | For | Dwayne Batiste (01), Defendant |
| Dwayne Batiste (01) | | Defendant (In Custody) |

**PROCEEDINGS**

Case called for Sentencing.
Defendant sworn and under oath.

**SENTENCING:**
**Count 1:** Defendant is committed to the Bureau of Prisons for **144 months**, with credit for time served in Federal custody, to be determined by the Bureau of Prisons. Upon release from imprisonment, Defendant shall be on supervised release for **5 years**, with standard, mandatory and the following special conditions:

   a. Defendant shall participate in an outpatient substance abuse treatment program under the guidance of the U.S. Probation Office and shall follow the rules and regulations of that program.  Defendant shall submit to drug testing as directed by the treatment facility and Probation Officer during the term of supervision.  Defendant shall contribute to the cost of the treatment program in accordance with his ability to pay.  Defendant shall also refrain from alcohol use while in a substance abuse treatment program.

Defendant ordered to pay a $100.00 special assessment, payable immediately to the U.S. Clerk of Court.

Page 2
January 17, 2024
USA v Batiste

No fine is ordered.

Defendant advised of his right to appeal.  Any appeal must be filed within fourteen (14) days of the Court's judgment.

Defendant remanded to the custody of the U S Marshal for service of sentence.

**MOTIONS:**

**ORAL** Motion to **DISMISS** Count 2 of the Indictment by the USA.
The motion was **GRANTED** by the Court.